UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RISE WOOD-FIRE LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-09513-WHO<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Brian Whitaker filed this suit alleging violations of the Americans with Disabilities Act and Unruh Civil Rights Act by defendant Rise Wood-Fire LLC. Dkt. No. 1. The defendant filed a motion to dismiss on February 1, 2022. Dkt. No. 11. Whitaker's opposition or other response was due by February 15, 2022. Although Whitaker filed a notice of intent to file a First Amended Complaint on February 15, 2022, as of the date of this Order, he has not filed any response to the motion to dismiss. *See* Dkt. No. 14.

Whitaker is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute by filing his opposition or other response to the pending motion by March 28, 2022. If Whitaker files an opposition or other response by that date, the defendant may file a reply by April 5, 2022. The hearing on the pending motion to dismiss is reset to April 27, 2022.

**If Whitaker fails to file an opposition or other response to the pending motion to dismiss by March 28, 2022, this action will be DISMISSED for failure to prosecute under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Dated: March 21, 2022

William H. Orrick
United States District Judge